24 So.2d 918

### Willie BLEDSOE v. STATE.
#### 3 Div. 453.

Supreme Court of Alabama.
Jan. 17, 1946.

Ralph Ghent, of Montgomery, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BROWN, Justice.

The defendant was indicted, tried and convicted for the offense of rape, the jury, by their verdict, fixing his punishment at imprisonment in the penitentiary for a term of fifty years.

The appeal is on the record without transcript of testimony. We have examined the record for errors and find no error therein. The judgment of the circuit court is, therefore, affirmed.

Affirmed.

GARDNER, C. J., and LIVINGSTON and SIMPSON, JJ., concur.

23 So.2d 142

### Estella K. BODDEN v. Adam GLASS et al.
#### I Div. 237.

Supreme Court of Alabama.
May 21, 1945.

Gaillard & Gaillard, of Mobile, for appellant.

Wm. G. Caffey, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellant.

23 So.2d 880

### B. J. COWART v. Mrs. L. E. MONTGOMERY.
#### 6 Div. 319.

Supreme Court of Alabama.
Nov. 27, 1945.

PER CURIAM.

Appeal dismissed, want of prosecution.

23 So.2d 142

### Ernestine Shores DOTSON v. William DOTSON.
#### 3 Div. 423.

Supreme Court of Alabama.
May 8, 1945.

PER CURIAM.

Appeal dismissed, motion of appellant.

23 So.2d 880

### Ex parte George GEETERS.
#### 6 Div. 407.

Supreme Court of Alabama.
Oct. 13, 1945.

D. G. Ewing, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

GARDNER, C. J., and FOSTER, STAKELY, and SIMPSON, JJ., concur.